982(a)(5)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Martin L. Jaspovice - SBN 55275<br>Furtado, Jaspovice & Simons<br>22274 Main Street<br>Hayward, CA 94541 | (510) 582-1080 | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>APPROVED<br>Judge Martin J. Jenkins |

ATTORNEY FOR (Name): Plaintiff Marta Jorgensen

Insert name of court and name of judicial district and branch court, if any:
United States District Court
Northern District of California

PLAINTIFF/PETITIONER: Marta Jorgensen

DEFENDANT/RESPONDENT: United States of America

| REQUEST FOR DISMISSAL | CASE NUMBER: |
|---|---|
| [x] Personal Injury, Property Damage, or Wrongful Death<br>    [ ] Motor Vehicle    [x] Other<br>[ ] Family Law<br>[ ] Eminent Domain<br>[ ] Other (specify): | C0300188 MJJ (ARB) |

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. **TO THE CLERK:** Please **dismiss** this action as follows:
   a. (1) [x] With prejudice    (2) [ ] Without prejudice
   b. (1) [ ] Complaint    (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):
      (4) [ ] Cross-complaint filed by (name):
      (5) [x] Entire action of all parties and all causes of action
      (6) [ ] Other: (specify):*

on (date):
on (date):

Date: 5/10/05

Martin L. Jaspovice
(TYPE OR PRINT NAME OF [x] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

\* If dismissal requested is of specified parties only, of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

(SIGNATURE)
Attorney or party without attorney for: Marta Jorgensen
[x] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

\*\* If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for the cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner    [ ] Defendant/Respondent
[ ] Cross-complainant

(To be completed by clerk)
3. [ ] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date):    as to only (name):
5. [ ] Dismissal **not entered** as requested for the following reasons (specify):
6. [ ] a. Attorney or party without attorney notified on (date):
      b. Attorney or party without attorney not notified. Filing party failed to provide
        [ ] a copy to conform    [ ] means to return conformed copy

Date: _____ Clerk, by _____, Deputy

Form Adopted by the
Judicial Council of California
982(a)(5) [Rev. January 1, 1997]
Mandatory Form
Martin Dean's Essential Forms ™

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.
Cal. Rules of Court, rules 383, 1233

5/13/2005      /S/